No. 311. GOGGIN, RECEIVER, *v.* BANK OF AMERICA NATIONAL TRUST & SAVINGS ASSOCIATION. C. A. 9th Cir. Certiorari denied. *Martin Gendel* for petitioner. *Hugo A. Steinmeyer, Robert H. Fabian* and *Samuel B. Stewart, Jr.* for respondent.

No. 317. RYLES *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. *Jack T. Conn* for petitioner. *Solicitor General Perlman, Assistant Attorney General McInerney, Irving S. Shapiro* and *Robert G. Maysack* for the United States.

No. 319. EM. H. METTLER & SONS *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *George H. Zeutzius* and *A. P. G. Steffes* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack* and *Hilbert P. Zarky* for respondent.

No. 320. WINBERRY *v.* SALISBURY. Supreme Court of New Jersey. Certiorari denied. *Frank G. Schlosser* for petitioner. *Theodore D. Parsons,* Attorney General of New Jersey, *Warren Dixon, Jr.,* Deputy Attorney General, and *Joseph A. Murphy,* Assistant Deputy Attorney General, for respondent.

No. 327. KENT *v.* CANFIELD ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Austin F. Canfield, pro se,* and *Lester Wood, pro se.*

No. 333. BECK ET AL., TRADING AS MITCHEL BECK Co., *v.* THE VIZCAYA ET AL. C. A. 3d Cir. Certiorari denied. *Thomas E. Byrne, Jr.* for petitioners. *Joseph W. Henderson* for respondents.